**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JESSICA AYMAT-RUTH,

      Plaintiff,

v.	Case No.: 6:23-cv-703-WWB-EJK

NATIONAL SPECIALTY INSURANCE COMPANY,

      Defendant.

## ORDER

THIS CAUSE is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Doc. 22), filed September 25, 2023. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on September 27, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record